IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GORDON SCOTT LEVEY, | § | |
| | § | |
| Plaintiff-Below, | § | No. 563, 2014 |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | Court Below:  Court of Chancery |
| BROWNSTONE ASSET MANAGEMENT, | § | of the State of Delaware, |
| LP, BROWNSTONE INVESTMENT | § | C.A. No. 5714-VCL |
| PARTNERS, LLC, PINEBANK | § | |
| INVESTMENT PARTNERS, LLC, | § | |
| PINEBANK ASSET MANAGEMENT, LP, | § | |
| DOUGLAS LOWEY, OREN COHEN, and | § | |
| BARRET NAYLOR, | § | |
| | § | |
| Defendants-Below, | § | |
| Appellees. | § | |

Submitted:  May 20, 2015
Decided:  May 21, 2015

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

# **O R D E R**

This 21st day of May 2015, after careful consideration of the parties' briefs and oral argument on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its memorandum opinion dated August 1, 2014[1] and its order denying the appellant's motion for reargument dated August 22, 2014.[2]

---

[1] *Levey v. Brownstone Asset Management, LP*, 2014 WL 3811237 (Del. Ch. Aug. 1, 2014).
[2] *Levey v. Brownstowne Asset Management, LP*, 2014 WL 4186307 (Del. Ch. Aug. 22, 2014).

1

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice